DEC 2'09am10:09 USBCEW

DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
RINGO, STEPHANIE I

Case No. 06-01074-FLK13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $9.68, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| RINGO, STEPHANIE I | 609 11TH ST NE<br>EAST WENATCHEE, WA 98802 | $9.68 |

Dated: November 25, 2009

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4873562      12-2-09      $9.68